UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> LARI 1231 BUNDY LLC et al., <br><br> Defendants. | Case No. 2:23-cv-05321-SB-JC <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

    Defendant was served on July 19, 2023, and its responsive pleading was due on August 9, 2023. On August 11, 2023, the parties stipulated to extend the time to respond to September 8, 2023. Dkt. No. 13. Defendant has failed to timely respond, and Plaintiff has not sought entry of default. Plaintiff is ordered to show cause, in writing, no later than September 18, 2023, why its claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before September 18, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

IT IS SO ORDERED.

Date: September 12, 2023

                                                          Stanley Blumenfeld, Jr.
                                               United States District Judge